THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jason Darrell
 Black, Appellant.
 
 
 

Appeal From Pickens County
 Larry R. Patterson, Circuit Court Judge
Unpublished Opinion No.  2008-UP-588
Submitted October 1, 2008  Filed October
 15, 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Robert Mills Ariail, of Greenville for Respondent.
 
 
 

PER CURIAM:  A
 jury found Darrell Black guilty of distribution of crack cocaine.  Black argues the trial court erred in refusing to grant his
 motion for a mistrial.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Blacks appeal and grant counsels
 motion to be relieved.[1]  
APPEAL DISMISSED.
HEARN, C.J., HUFF and GEATHERS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.